IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

AUDREY E.,

    Plaintiff,                                            Case No.: 3:24-cv-149

 vs.

COMMISSIONER OF THE SOCIAL          District Judge Michael J. Newman
SECURITY ADMINISTRATION,              Magistrate Judge Stephanie K. Bowman

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 18); (2) AWARDING EAJA FEES TO PLAINTIFF IN THE TOTAL AMOUNT OF $4,850.00; AND (3) MAINTAINING THE TERMINATION OF THIS CASE ON THE COURT'S DOCKET**

---

       This Social Security case is before the Court on the parties' joint stipulation for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $4,850.00.  Doc. No. 18.  The parties agree that an award of $4,850.00 in attorney fees satisfies all of Plaintiff's claims for fees, costs, and expenses under the EAJA claims in the instant case.  *Id*.

       For good cause shown, the Court: (1) **GRANTS** the parties' joint stipulation; and (2) **AWARDS** EAJA fees in the total amount of $4,850.00.  As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

       **IT IS SO ORDERED.**

March 5, 2025                                         s/*Michael J. Newman*
                                                                       Hon. Michael J. Newman
                                                                       United States District Judge